**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-7495**

———————

DANIEL TINSLEY,

Plaintiff - Appellant,

versus

CORRECTIONS CORPORATION OF AMERICA; MR. MAYO,
Lieutenant; MR. HICKS, Nurse; MR. BISHOP,
Lieutenant,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Rebecca Beach Smith, District
Judge. (2:07-cv-00382-RBS)

———————

Submitted: January 17, 2008          Decided: January 28, 2008

———————

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Daniel Tinsley, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Tinsley appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Tinsley v. Corrections Corp. of America, No. 2:07-cv-00382-RBS (E.D. Va., Aug. 23, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED